THE STATE OF WASHINGTON, *Respondent*, v. DONALD FRANCIS PLATZER, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–1–00228–1, Michael E. Cooper, J., entered July 19, 1989. *Affirmed in part* and *remanded* by

unpublished opinion per Green, J., concurred in by Munson, C.J., and Shields, J.